

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MINDY M. RICE, | § | No. 08-16-00133-CV |
| Appellant, | § | Appeal from the |
| v. | § | 367th District Court |
| NATALIE FIX AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | of Denton County, Texas |
| | § | (TC# 14-06112-367) |
| Appellees. | § | |
| | § | |

## O R D E R

The Court GRANTS Robin Callaway-Newton's request for an extension of time within which to file the Reporter's Record until **November 18, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Robin Callaway-Newton, Official Court Reporter for the 367th District Court for Denton County, Texas, prepare the Reporter's Record and forward the same to this Court on or before November 18, 2016.

IT IS SO ORDERED this 19th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.